IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR131 |
| vs. | ) | |
| | ) | ORDER |
| BRIGIDO A. ANGELES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [23] as defendant has been transferred out of the district and counsel believe they can resolve this matter short of trial. Good cause being shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 29, 2014 is continued to **August 26, 2014.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

**DATED July 22, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**